IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GAIL LEE,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and ROLFE &
LOBELLO PA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4100

Opinion filed April 9, 2015.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Gail C. Lee, pro se, Appellant.

Norman A. Blessing, General Counsel, and Cristina Angelica Velez, Appellate Counsel, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS and WETHERELL, JJ., and SOUD, ADRIAN G., ASSOCIATE JUDGE, CONCUR.